1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
2  JOHN GLUGOSKI (Cal. State Bar No 191551)
   MICHAEL RIGHETTI (Cal. State Bar No. 258541)
3  RIGHETTI GLUGOSKI, P.C.
   456 Montgomery Street, Suite 1400
4  San Francisco, California  94104
   Telephone: (415) 983-0900
5  Facsimile: (415) 397-9005
6  mike@righettilaw.com

7  Attorney for Plaintiff
   Rebecca Yam
8
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  JUSTIN M. SCOTT (Cal. State Bar No. 302502)
   PAUL HASTINGS LLP
10 55 Second Street, 24th Floor
   San Francisco, California  94105-3441
11 Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
12 jeffwohl@paulhastings.com
13 justinscott@paulhastings.com

14 Attorneys for Defendant
15 Rite Aid Corporation

16            UNITED STATES DISTRICT COURT
17            CENTRAL DISTRICT OF CALIFORNIA
18

19
   REBECCA YAM,                    No. 2:15-cv-01727-MWF-(JEMx)
20
            Plaintiff,             **[PROPOSED] STIPULATED
21                                 PROTECTIVE ORDER**
22      vs.

23 RITE AID CORPORATION,           Judge:    Hon. Michael W. Fitzgerald

24          Defendant.

25

26

27

28
                                   ORDER ON STIPULATED
                                   PROTECTIVE ORDER
                                   U.S.D.C., C.D. CAL. No. 2:15-cv-01727-MWF-(JEMx)

1    Pursuant to Stipulation, it is so Ordered that the Parties are bound by the

2  Stipulated Protective Order.

3

4    Dated:  April 13, 2016.

5    _____

6    United States District Judge
     Hon. Michael W. Fitzgerald

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

LEGAL_US_W # 85184204.1