UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-1727-MWF(JEMx)**                              Dated: **January 9, 2017**

Title:      Rebecca Yam -v- Rite Aid Corporation, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                       None Present
    Relief Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                      None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

    In light of the Joint Status Report filed January 6, 2017, stating the case is resolved, the Court sets a hearing on Order To Show Cause Re Dismissal for **February 6, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated*.

    **IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk   cw
CIVIL - GEN